## SUPREME COURT.

BONESTEEL, appellant, agt. LYNDE AND OTHERS, respondents.

*Monroe General Term, September*, 1853. WELLES, JOHNSON, and T. R. STRONG, Justices.

The decision at special term, in this case, as reported in the present volume, *ante p.* 226, was affirmed on appeal, at the present term, and for the reasons stated by the justice at the special term.

## SUPREME COURT.

NEW YORK LIFE INSURANCE AND TRUST Co. agt. RAND AND OTHERS.

*Monroe General Term, September*, 1853. WELLES, JOHNSON, and T. R. STRONG, Justices.

This case came up on appeal from the order made at special term, as reported in this volume, *ante p.* 35, when the decision made at special term was affirmed, as well for the reasons stated by the justice at special term, as upon the ground that the writ of assistance is in the nature of an execution upon the judgment, and, under the Code, may issue without an order.